

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00056-CV

**PARAGON SYSTEMS LLC**, and Terrahealth, Inc.,
Appellants

v.

Anthony T. **TERRAZAS**, Rosendo Solis, Martin Barlett, and Eugene Crowder,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17909
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  March 27, 2013

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* Tex. R. App. P.

42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the

assessment of costs, we order all costs assessed against appellant. *See* Tex. R. App. P.

42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM